MARCELLUS L. PRITCHETT, administrator, plaintiff in error, *vs.* THE INFERIOR COURT OF BARTOW COUNTY, defendant in error.

The declaration of a plaintiff who sues on a written contract must set forth a complete and valid contract, even when suit is brought under Jones' form of pleading. Therefore, in a suit against a county on a bond given, after the adoption of the Code, by the Justices of the Inferior Court, the pleadings must show, affirmatively, that the contract was entered upon the minutes of the Inferior Court. Without such entry, the contract would not be valid, under section 527 of the Code, if good in other respects.

Contract with Inferior Court. Minutes. Pleading. Before Judge HARVEY. Bartow Superior Court. March Term, 1872.

Marcellus L. Pritchett, as administrator *de bonis non* of Bennett H. Conyers, deceased, brought complaint against the

Pritchett *vs.* The Inferior Court of Bartow county.

Inferior Court of Bartow county, alleging the following facts, to-wit: That defendant is indebted to petitioner in the sum of $9,765, besides interest, on a bond dated October 27th, 1863, and due January 1st, 1864, with interest from the date of said bond, which said defendant refuses to pay.

To the declaration was attached the following copy bond:

"MANASSAS, GEORGIA, October 27th, 1863.

"STATE OF GEORGIA—BARTOW COUNTY:

"Be it known, that the county of Bartow owes to Bennett H. Conyers or bearer the sum of nine thousand seven hundred and sixty-five dollars, for the amount paid by him this day into the treasury of said county, for the support of soldiers' families, in accordance with the provisions of an order passed by the Inferior Court of said county on the 6th day of February, 1863, which sum of money the said county of Bartow promises to pay the said Bennett H. Conyers or bearer on or before the 1st day of January, 1864, with interest at the rate of seven per cent. per annum, from this day. This bond shall be received in payment of county taxes, or other debts due the county.

"In witness whereof, the Clerk of the Inferior Court and the County Treasurer have hereunto set their hands and attached the seal of the Inferior Court of said county. Done by order of the Inferior Court of Bartow county, this 27th day of October, 1863.

(Signed) "B. F. GODFREY, Clerk Inferior Court. [L. S.]
"ARTHUR HAM, County Treasurer. [L. S.]
"$9,765."

The defendant demurred to the declaration. The demurrer was sustained by the Court and the action dismissed. To which ruling defendant excepted, and assigns the same as error.

WARREN AKIN, for plaintiff in error.

A. JOHNSON, represented by LESTER & THOMSON, for defendant.

MONTGOMERY, Judge.

This declaration is in the form prescribed by the Act of 1847, commonly called Jones' form. If plaintiff elects to sue in that form, he must, nevertheless, set forth a complete cause of action: *Phillips vs. Dodge,* 8 *Georgia,* 51. A bond given by the Inferior Court of Bartow county since the adoption of the Code is not valid, unless the contract is entered on the minutes of the Court: Code, 527. It nowhere appears that any entry of this contract was ever made on the minutes of the Court. It follows that no sufficient cause of action appears, and the suit was properly dismissed.

Judgment affirmed.